IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

WILLIAM ROBERT PARKER, #325353     §

VS.     §         CIVIL ACTION NO. 6:07cv375

DIRECTOR, TDCJ-CID     §

<u>ORDER OF DISMISSAL</u>

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed.  The Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit.  Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. The Clerk of Court is instructed to return unfiled any new petition for a writ of habeas corpus by the Petitioner concerning his conviction unless he shows that he received permission from the Fifth Circuit to file it.  All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 5th day of September, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**